In the Matter of THOMAS EDWARD MORRISON, Respondent, v JESSICA DAWN MURRAY, Appellant. [935 NYS2d 267]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

In the Matter of DONNA H. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICHARD H., Appellant, et al., Respondent. [935 NYS2d 266]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.